IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TIERRA MENDOZA**                                                                                           **PLAINTIFF**

V.                                    **CASE NO. 2:25-CV-00185-BSM**

**DEPARTMENT OF HUMAN SERVICES**                                          **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE